HAROLD J. RYAN, Respondent, *v.* DUNBAR & SULLIVAN DREDGING COMPANY, Appellant.

Argued December 4, 1945; decided January 18, 1946.

*Arthur W. Agan* for appellant.
*Leyden E. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.